# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERTHA VEGA VILLA (2)<br><br>Defendant. | Case No. 21CR2469-GPC<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |

Upon application of the Government and good cause appearing thereof,

IT IS HEREBY ORDERED that the Government's Motion to Dismiss the above captioned information without prejudice be GRANTED.

Dated: December 2, 2021

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge